UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates Only to the Following Cases

Kelley, Wilbur – 1:17-cv-03430
Baker, Patricia – 1:23-cv-00722

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

The Court hereby grants this notice/motion to withdraw its Motion for Judgment on the Pleadings in No Injury Cases. [Filing No. 27575.]  IT IS THEREFORE ORDERED that Filing No. 27575 is hereby withdrawn.

Tim A. Baker, U.S. Magistrate Judge
Dated:  1/27/2026

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION**

The Cook Defendants hereby withdraw their January 9, 2026, Motion for Judgment on the Pleadings in No Injury Cases. *See* Dkt. 27575. The Cook Defendants reserve the right to renew this motion or bring a similar motion at a later point in the litigation.

Dated:  January 9, 2026

Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*