**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: COOK MEDICAL, INC., IVC | : | **MDL DOCKET NO. 2570** |
| FILTERS MARKETING, SALES | : | |
| PRACTICES AND PRODUCTS | : | |
| LIABILITY LITIGATION | : | **JUDGE RICHARD L. YOUNG** |
| | : | **Magistrate Judge Tim A. Baker** |
| **This document relates to:** | : | |
| **PATRICIA A. BAKER** | : | |
| **Civil Action No.: 1:23-cv-722** | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Patricia A. Baker and Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, through their undersigned counsel, that the above-captioned action be voluntarily dismissed with prejudice. Each side will bear its own costs.

Date:  March 30, 2026

*Attorneys for Plaintiff*

/s/ *Christopher R. LoPalo*
Christopher LoPalo, Esq.
NS PR Law Services
1302 Ponce de León Avenue,
Santurce, Puerto Rico 00907
(212) 397-1000
clopalo@nsprlaw.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
Faegre Drinker, Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Jessica.Cox@faegredrinker.com
Andrea.Pierson@faegredrinker.com

James Stephen Bennett
Faegre Drinker, Biddle & Reath LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
stephen.bennett@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


*/s/ Christopher R. LoPalo*
Attorney for Plaintiff